**THIS OPINION HAS NO PRECEDENTIAL VALUE. IT SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN ANY PROCEEDING EXCEPT AS PROVIDED BY RULE 268(d)(2), SCACR.**

**THE STATE OF SOUTH CAROLINA**
**In The Supreme Court**

Shirley Hammer, Respondent,

v.

Howard Hammer, Appellant.

Appellate Case No. 2011-203087

---

Appeal From Richland County
John M. Rucker, Family Court Judge

---

Memorandum Opinion No. 2013-MO-004
Submitted February 5, 2013 – Filed February 13, 2013

---

**AFFIRMED**

---

Howard Hammer of Columbia, *Pro Se* Appellant.

Timothy E. Madden of Nelson Mullins Riley & Scarborough, LLP, of Greenville, for Respondent.

---

**PER CURIAM:** Affirmed pursuant to Rule 220(b)(1), SCACR, and the following authorities: Issues 1 through 13: Where an appellant fails to provide arguments or supporting authority with regard to an issue on appeal, the issue is deemed abandoned and will not be considered on appeal. *First Sav. Bank v. McLean*, 314 S.C. 361, 444 S.E.2d 513 (1994); *Wright v. Craft*, 372 S.C. 1, 640 S.E.2d 486 (Ct.

App. 2006); *Arnal v. Arnal*, 363 S.C. 268, 609 S.E.2d 821 (Ct. App. 2005), *aff'd as modified* 371 S.C. 10, 636 S.E.2d 864 (2006); *Ellie, Inc. v. Miccichi*, 358 S.C. 78, 594 S.E.2d 485 (Ct. App. 2004); *Fields v. Fields*, 342 S.C. 182, 536 S.E.2d 684 (Ct. App. 2000).  An issue is also deemed abandoned if the argument in the brief is not supported by authority or is only conclusory.  *State v. Jones*, 344 S.C. 48, 543 S.E.2d 541 (2001); *Butler v. Butler*, 385 S.C. 328, 684 S.E.2d 191 (Ct. App. 2009); *State v. Howard*, 384 S.C. 213, 682 S.E.2d 42 (Ct. App. 2009); *Pack v. S.C. Dept. of Transp.*, 381 S.C. 526, 673 S.E.2d 461 (Ct. App. 2009); *Bryson v. Bryson*, 378 S.C. 502, 662 S.E.2d 611 (Ct. App. 2008).

**AFFIRMED.**

**TOAL, C.J., PLEICONES, BEATTY, KITTREDGE and HEARN, JJ., concur.**